UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:23-cr-026 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| LISA OOTEN | ) | Magistrate Judge Lee |
| | ) | |

**ORDER**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea as to Count Five of the six-count Indictment; (2) accept Defendant's guilty plea as to Count Five; (3) adjudicate the Defendant guilty of Count Five; (4) defer a decision on whether to accept the plea agreement [Doc. 35] until sentencing; and (5) Defendant's conditions of release were revoked and Defendant shall remain in custody until sentencing in this matter. [Doc. 52]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 52] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea as to Count Five of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Five is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Five;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **February 15, 2024, at 2:00 p.m.** before the undersigned.

   **SO ORDERED.**

   /s/ *Charles E. Atchley, Jr.*
   **CHARLES E. ATCHLEY, JR.**
   **UNITED STATES DISTRICT JUDGE**